# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

EYETALK365, LLC,

      *Plaintiff*      )
v.                     )    **Civil Action No.** 3:16-cv-00682
                       )
                       )
                       )
HOOTOO.COM, INC.       )
                       )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    HooToo.com, Inc.
    C/o Kimberly Donovan
    2570 W. El Camino Real, #510
    Mountain View, CA 94010

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    K. Alan Parry
    Parry Tyndall White
    100 Europa Drive, Suite 401
    Chapel Hill, N.C. 27517
    (919) 246-4676
    aparry@ptwfirm.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Frank G. Johns_                      Date   **9/26/2016**
Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 3:16-cv-00682

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who resides there, on** *(date)* _____ , **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                                          **Server's signature**

                                                                _____
                                                                **Printed name and title**